CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Ines Ochoa**<br>DOB: 2008; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05125MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about June 25, 2026, in the District of Arizona, **Ines Ochoa**, knowing and in reckless disregard of the fact that certain illegal aliens, Jorge Alexis Argueta-Orellana, Raymundo Nava-Franco, Simei Gidalti Rogel-Rea, and Edwin Alexi Usuno-Yanez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 25, 2026, in the District of Arizona (Lukeville), at approximately 2:15 p.m., Border Patrol Agents (BPAs) observed four individuals walking north in the Gringo Pass wash approximately 350 feet north of the border. The Gringo Pass wash is commonly used by illegal aliens due to its proximity to the border and the Gas Trak gas station parking lot. The Gas Trak parking lot is often used by smugglers to pick up illegal aliens and transport them further into the United States. BPAs operating an Integrated Fixed Tower (IFT) camera gained visual of the group and observed them as they were using a cellphone and approaching several different vehicles in the parking lot. The IFT operator then observed the four individuals enter a white Honda Accord. BPAs pulled behind the Accord as it travelled on State Route (SR) 85. Record checks on the Accord showed that the vehicle did not have any recent border crossings. It is rare for vehicles travelling in the area to not have a recent border crossing. BPAs initiated a vehicle stop and the Accord yielded near mile marker 71 on SR 85. As BPAs approached the Accord, they noticed that there were five individuals in the vehicle and the three passengers in the rear seats were noticeably stiff and rigid. BPAs asked the driver, identified as **Ines Ochoa**, if there were any weapons in the vehicle and he stated that there was a gun in the front center compartment. **Ochoa** remained compliant with his hands on the steering wheel. BPAs performed an immigration inspection on the other passengers, including Jorge Alexis Argueta-Orellana, Raymundo Nava-Franco, Simei Gidalti Rogel-Rea, and Edwin Alexi Usuno-Yanez, and determined them to be citizens of Honduras, Mexico, and Ecuador illegally present in the United States. Record checks revealed that Jorge Alexis Argueta-Orellana, Raymundo Nava-Franco, Simei Gidalti Rogel-Rea, and Edwin Alexi Usuno-Yanez do not possess the proper documentation to enter, pass through, or remain in the United States legally. BPAs located and seized a Glock 45 bearing serial number AFXB027 from the front center compartment of the Accord. The Glock 45 had a full magazine inserted with an empty chamber. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jorge Alexis Argueta-Orellana, Raymundo Nava-Franco, Simei Gidalti Rogel-Rea, and Edwin Alexi Usuno-Yanez

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>June 26, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

Material witness Jorge Alexis Argueta-Orellana stated that he is a citizen of Honduras and that he was going to pay $4,000 to be smuggled into the United States. He crossed the border by himself with no guide. A smuggler in Mexico provided him with instructions on where to walk and which vehicle to enter. Argueta-Orellana was supposed to enter a white vehicle. When the vehicle arrived, he entered the front passenger seat and moments later, they were stopped and apprehended by BPAs.

Material witness Raymundo Nava-Franco stated that he is a citizen of Mexico and that he was going to pay a total of $10,000 to be smuggled into the United States. He crossed the border through an opening in the border wall, and a foot guide escorted his group to a designated pick-up location where they waited for a vehicle. The foot guide never entered the vehicle.

Material witness Simei Gidalti Rogel-Rea stated that she is a citizen of Mexico and that she was going to pay approximately $12,000 to be smuggled into the United States. She crossed the border with four individuals while wearing camouflage clothing and booties and one of the individuals volunteered to be the guide for the group. The individual would receive phone calls instructing the group to remain concealed because Border Patrol was in the area. The group walked to a designated pick-up location at a gas station. The guide had difficulty locating the correct white load vehicle and the group attempted to enter the wrong vehicle. Another individual in the group spoke with the coordinator and the group found the correct load vehicle. The driver instructed the group to enter the vehicle and obtain water. Rogel-Rea entered the vehicle and sat in the rear passenger area. While driving, the driver told the group to remain calm because Border Patrol would not stop them. Several Border Patrol vehicles were following them, and the driver told the group that if they wanted to flee that it was their decision because he was already "screwed". Following the vehicle stop, Rogel-Rea observed a handgun in the center console after BPAs removed the driver from the vehicle.

Material witness Edwin Alexi Usuno-Yanez stated that he is a citizen of Ecuador and that he was going to pay a total of $7,000 to be smuggled into the United States. He crossed the border illegally after receiving instructions from a facilitator about the route they were going to follow to the gas station where they were going to be picked up. The facilitator also provided information about the color of the vehicle that was going to pick them up. Usuno-Yanez was in the vehicle for approximately 20 minutes before being apprehended by BPAs.

After waiving his *Miranda* rights, **Ines Ochoa** stated that he was approached by an individual and asked if he was willing to transport undocumented aliens from Ajo, Arizona to Phoenix. **Ochoa** agreed to transport the individuals in exchange for approximately $2,500 per person. He drove on SR 85 while staying in contact with the facilitator through WhatsApp and was instructed to stop at a Family Dollar to purchase water. **Ochoa** waited in Ajo for 40 minutes before receiving a map pin for the pick-up location. He drove to a gas station in Lukeville and waited for 15 minutes. The facilitator advised him that four individuals would be arriving soon. All four individuals arrived and entered his vehicle. While driving north, **Ochoa** advised the facilitator that BPAs were behind him and he was instructed to continue driving normally. 10 minutes after departing the gas station, **Ochoa** was stopped by BPAs. He was supposed to transport the individuals to Phoenix, Arizona and **Ochoa** admitted that he knew it was illegal to transport undocumented aliens.